IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02138-WYD-BNB

WILLIAM WILSON,

Plaintiff,

v.

CITY OF AURORA, Colorado, a municipality,
DANIEL OATES, Chief of the Aurora Police Department, in his individual capacity,
RICKY BENNETT, Former Chief of the Aurora Police Department, in his individual capacity,
TERRY JONES, Former Acting Chief of the Aurora Police Department, in his individual
capacity,
KENNETH HAITHCOAT, Former Detective in the Aurora Police Department, in his individual
capacity,
PAT SMITH, Sergeant in the Aurora Police Department, in his individual and official capacity,
STEVEN COX, Detective in the Aurora Police Department, in his individual and official
capacity,
CAROL CHAMBER, district Attorney of the Eighteenth Judicial District, in her official capacity
CAROLYN O'HARA, Formal Deputy District Attorney of the Eighteenth Judicial District, in
her individual capacity,
JIM PETER, Former District Attorney of the Eighteenth Judicial District, in his individual
capacity,
EIGHTEENTH JUDICIAL DISTRICT of COLORADO, political subdivision of the State of
Colorado,
BOARD OF COUNTY COMMISSIONERS of ARAPAHOE COUNTY, a political subdivision
of the State of Colorado, and
ARAPAHOE COUNTY, COLORADO, a county,

Defendants
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Stay Discovery Pending
Determination of Defendants' Motions to Dismiss** [docket no. 58, filed November 10, 2009]
(the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED:  November 20, 2009