IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02138-WYD-BNB

WILLIAM WILSON,

    Plaintiff,

v.

CITY OF AURORA, COLORADO, a municipality;
DANIEL OATES, Chief of the Aurora Police Department, in his official capacity;
RICKY BENNETT, Former Chief of the Aurora Police Department, in his individual capacity;
TERRY JONES, Former Acting Chief of the Aurora Police Department, in his individual capacity;
KENNETH HAITHCOAT, Former Detective in the Aurora Police Department, in his individual capacity;
PAT SMITH, Sergeant in the Aurora Police Department, in his individual and official capacities;
STEVEN COX, Detective in the Aurora Police Department, in his individual and official capacities;
CAROL CHAMBERS, District Attorney of the Eighteenth Judicial District in her official capacity;
CAROLYN O'HARA, Former Deputy District Attorney fo the Eighteenth Judicial District, in her individual capacity;
JIM PETERS, Former District Attorney of the Eighteenth Judicial District, in his individual capacity;
EIGHTEENTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of Colorado;
BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, a political subdivision of the State of Colorado; and
ARAPAHOE COUNTY, COLORADO, a county,

    Defendants.

## ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss

against Defendants Board of County Commissioners of Arapahoe County and

Arapahoe County (docket #100), filed January 11, 2010.  After carefully reviewing the file in this matter, I find that the motion should be granted pursuant to Fed. R. Civ. P. 41(a)(1).  Accordingly , it is

ORDERED that the Stipulated Motion to Dismiss against Defendants Board of County Commissioners of Arapahoe County and Arapahoe County (docket #100) is **GRANTED.**  It is

FURTHER ORDERED that this matter shall be **DISMISSED WITH PREJUDICE** as to all claims against Defendants Board of County Commissioners of Arapahoe County and Arapahoe County, and each party is to bear its own costs and attorney fees.  It is

FURTHER ORDERED that Defendants Board of County Commissioners of Arapahoe County and Arapahoe County's motion to dismiss (docket #85) is **DENIED AS MOOT.**  It is

FURTHER ORDERED that Defendants Board of County Commissioners of Arapahoe County and Arapahoe County shall be removed from the caption in this matter.

Dated:  January 12, 2010

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge